**Douglas T. BROWN et al.**

v.

**CONCERNED PARENTS IN the CITY OF WOONSOCKET.**

**No. 81–177–M.P.**

Supreme Court of Rhode Island.

April 30, 1981.

Richard R. Ackerman, Inc., Woonsocket, for petitioners.

Mortimer C. Newton, Providence, for respondents.

## ORDER

The petition for writ of certiorari is granted.

**Russell BURBANK**

v.

**Adam FARKAS.**

**No. 80–542–A.**

Supreme Court of Rhode Island.

April 30, 1981.

Hanson, Curran & Parks, Dennis J. McCarten, Providence, for plaintiff.

Adam Farkas, pro se.

## ORDER

The plaintiff's motion to affirm the judgment of the Superior Court pursuant to Rule 16(g) is hereby granted.